No. 89–7715. OLIVIER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–7717. DERMOTA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–7718. GARAVENTI *v.* BOARD OF REVIEW ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 89–7720. GERMAN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 89–7721. FOSTER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 89–7723. RUAN-ESPARZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–7725. VICKERS *v.* UNITED PARCEL SERVICE, INC. C. A. 6th Cir. Certiorari denied.

No. 89–7726. PURK *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–7727. FERNANDEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 89–7728. QUICK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–7729. ROSS *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 89–7733. CONLEY *v.* JOHNSON. Ct. App. Wash. Certiorari denied.

No. 89–7734. COWDEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–7735. BOWLING *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–7736. COOPER *v.* JACKSON COUNTY DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–7737. CHASE *v.* OREGON. Ct. App. Ore. Certiorari denied.